COLLIER *et al. v.* CITY OF ATLANTA.

BECK, P. J. Under the issues in this case and the evidence applicable thereto, the court did not abuse its discretion in refusing an interlocutory injunction. *Judgment affirmed. All the Justices concur.*

No. 8822. SEPTEMBER 14, 1932.

*T. B. Higdon* and *George & John L. Westmoreland,* for plaintiffs.
*J. L. Mayson, C. S. Winn,* and *J. C. Savage,* for defendant.